I Robert Eugene Landin Deny any wrong doing's or Allegations in this Bankruptcy. I wrote The checks for STEVEN Landin my Brother. who had no checking account. Not Knowing how many people or places He would have to pay during The filings.

Please file my answers To your Adversary preceedings.
Thank you
Rob E Lin
12-4-2023

RECEIVED BY MAIL
DEC 07 2023
TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

Answer To Complaint
To Recover Avoidable Transfers Brought By Erick A. Ahlgren, Trustee

Paragraph 1. Admit
Paragraph 2. Deny
Paragraph 3. Admit
Paragraph 4. Admit
Paragraph 5. Admit
Paragraph 6. Admit
Paragraph 7. Admit
Paragraph 8. Admit
Paragraph 9. Admit
Paragraph 10. Admit
Paragraph 11. Deny
Paragraph 12. Admit
Paragraph 13. Admit
Paragraph 14. Admit
Paragraph 15. Admit
Paragraph 16. Admit
Paragraph 17. Deny
Paragraph 18. Deny
Paragraph 19. Deny
Paragraph 20. Deny
Paragraph 21. Deny
Paragraph 22. Deny
Paragraph 23. Deny
Paragraph 24. Deny
Paragraph 25. Deny
Paragraph 26. Deny
Paragraph 27. Deny
Paragraph 28. Deny
Paragraph 29. Deny
Paragraph 30. Deny
Paragraph 31. Deny

RECEIVED BY MAIL

DEC 0 7 2023

TIME: _____
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

*[signature]*
11-9-23