# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Steven Carl Landin,　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Case No. 23-41323
　　　　Debtor.

## ORDER

This matter came before the court for hearing on October 25, 2023 upon the trustee's motion objecting to exempt property.[ECF 11]  Erik Ahlgren appeared on behalf of the bankruptcy estate. Wesley Scott appeared on behalf of the Debtor. Based on the pleadings and argument before the court and the agreement of the parties stated on the record,

IT IS ORDERED: If the Trustee is successful in Adv. Pro. 23-04064, any funds that are recovered from the Defendant pursuant to 11 U.S.C. § 550 or by way of settlement will become property of the bankruptcy estate and will not be subject to exemption based on 11 U.S.C. § 522(g)(1)(A). Conversely, if the Trustee is not successful in Adv. Pro. 23-04064, 11 U.S.C. § 522(g)(1)(A) does not apply and the Debtor may exempt his interest in the funds that are the subject of the adversary proceeding.

Dated:  *November 2, 2023*

　　　　　　　　　　　　　　　　　　　　*/e/Kesha L. Tanabe*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kesha L. Tenabe
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge